NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-1118

STATE OF LOUISIANA

VERSUS

CAREY LOUIS HOOD

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267664
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Billy Howard Ezell, and James T. Genovese, Judges.

**SENTENCES VACATED AND REMANDED WITH INSTRUCTIONS.**

James C. Downs
District Attorney -Ninth Judicial District Court
ADA Loren M. Lampert
P.O. Drawer 1471
Alexandria, LA 71309
(318) 473-6650
Counsel for Plaintiff/Appellee:
State of Louisiana

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant:**
**Carey Louis Hood**